260 So.2d 598

**Billy Austin COULTER**

v.

**Ruby G. HOLDER.**

8 Div. 68.

Court of Civil Appeals of Alabama.

Feb. 23, 1972.

Rehearing Denied March 29, 1972.

**737**

**738**

Ford, Caldwell, Ford & Payne and Robert L. Hodges, Huntsville, for appellant.

Watts, Salmon, Roberts & Stephens, Huntsville, for appellee.

BRADLEY, Judge.

This case was appealed to the Supreme Court from a verdict and judgment entered below in favor of the defendant.

This case had been consolidated for trial in the Circuit Court with 8 Div. 402, Wanda Gale Coulter v. Ruby G. Holder. The appeals to the Supreme Court were taken separately but based on the record compiled from the consolidated trial.

The Supreme Court decided 8 Div. 402 on November 11, 1971, 287 Ala. 642, 254 So.2d 420 and on the same day transferred the companion case, 8 Div. 402–A, to this court, now 8 Div. 68, for decision.

The assignments of error argued in 8 Div. 402 are the same assignments argued in 8 Div. 402–A, and the opinion of the Supreme Court deciding 402 is decisive of the assignments of error relative to 402–A, and we, therefore, decide this case—8 Div. 68—in accordance with the decision reached by the Supreme Court in 8 Div. 402.

Reversed and remanded.